IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

DANA HANNIBAL,

Plaintiff,

vs.

KADIDJA SIERRA,

Defendant.

---

LAURA L. LABELLE,

Plaintiff,

vs.

KADIDJA SIERRA,

Defendant.

---

PAYSON E. INFELISE,

Plaintiff,

vs.

KADIDJA SIERRA,

Defendant.

CV 26–26–M–DLC
CV 26–27–M–DLC
CV 26–28–M–DLC

ORDER

The Plaintiffs in these related cases have each filed a motion to continue the preliminary pretrial conference currently set for November 12, 2026. Plaintiffs indicate that the motions are opposed. Accordingly,

IT IS ORDERED that Defendant Kadidja Sierra shall file responses to Plaintiffs' motions on or before October 28, 2026.

DATED this 23rd day of October, 2026.

Dana L. Christensen, District Judge
United States District Court